UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
EVERIDIS HEALTH SCIENCES, LLC.,     )
                              Plaintiff, )
          v.                        )
123 DIRECT LTD., *et al.*,          )
                            Defendants, )
          v.                        )
PAYPAL, INC.,                       )
                            Garnishee. )
_____)

Case No. MC17-0123RSL

ORDER TO ISSUE WRIT
OF GARNISHMENT

       This matter comes before the Court on plaintiff's "Application and Declaration for Writ of Garnishment" for property in which the defendant/judgment debtors, 123 Direct Ltd. (d/b/a Direct USA d/b/a 123 Healthshop), Jose Manuel Mendez Navarro, and Jeremy Michael Rourke-Pilott, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, PayPal, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall delete the reference to "Case No 2:17-mc-00021" and issue the Writ of Garnishment submitted by plaintiff's counsel on October 4, 2017, at Dkt. # 1-2.

       DATED this 5th day of October, 2017.

                                              /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT